August 1, 2011


Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: My Calendar Year 2010 Filing

Dear Mr. Baldock:

This is in response to your letter dated July 25, 2011 concerning my 2010 filing.

With respect to the substantive changes inquired about on page 2, I notice that the four items questioned all relate to stock holdings in the charitable remainder trust of which I am only an income beneficiary.  For as many years as I can remember, I have entered information with respect to that trust in the same way.  I do not report the gross value at the end of reporting period ( Column C ) because, as stated in the Additional Information Or Explanations section, assets in that trust do not belong to me and are not properly included in my financial portfolio.

I report income from the charitable remainder trust in Column B because my wife and I receive income from that trust but I submit it would be inappropriate to report the gross value of stocks added to that trust during the relevant calendar year because the value of those stocks is not part of my estate.  Thus, I respectfully suggest that the Form be accepted as is because otherwise it would misrepresent my financial standing.

I have noted, as you suggest on page 1 of your letter, that in preparing future reports I am to include all reportable information in Parts I - VII rather than in part VIII.  My Judicial Assistant will help me to report the information properly in the future.

If you or somebody at the AO would like to discuss the matter further with me, please call me at 617-748-9247.

Very truly yours,



Nathaniel M. Gorton

NMG/seh

**Gorton, Nathaniel M.**

| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorton, Nathaniel M. | District Court - Massachusetts | 05/09/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Court - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 1 Courthouse Way, Suite 3110 Boston, MA 02210 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Attachment #1 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. August 19 | Slade Gorton & Co., Inc. (Closely held⬚ ⬚ seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | | | | reimbursement for lodging and travel by train⬚ ⬚ rom Boston to NYC to attend annual N.Y.I.P.L.A. dinner 3/25/10 at Waldorf Astoria |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SG Seafood Holdings, Inc. (a MA corporation) (common stock) | G | | N | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Dividend | J | T | | | | | |
| 3. Fidelity Money Market Accounts (POA,trustee)(Att#1,¶4) | A | Dividend | L | T | | | | | |
| 4. Charitable Remainder Trust | E | Int./Div. | | | | | | | See Section VIII |
| 5. Costco Wholesale Corp. | | | | | Sold | 02/02/10 | J | B | |
| 6. Proctor & Gamble Co. | | | | | Sold | 02/02/10 | J | C | |
| 7. A T & T, Inc. | | | | | Buy | 02/04/10 | J | | |
| 8. JPM Chase Cap | | | | | Buy | 02/04/10 | J | | |
| 9. Procter & Gamble Co. | | | | | Sold | 02/04/10 | J | C | |
| 10. Pepsico, Inc. | | | | | Sold | 02/04/10 | J | B | |
| 11. A T & T, Inc. | | | | | Sold | 06/21/10 | J | | |
| 12. Eaton Vancr Corp. | | | | | Sold | 07/01/10 | J | | |
| 13. Cisco Systems Inc. | | | | | Buy | 11/12/10 | J | | |
| 14. HCP, Inc. | | | | | Buy | 12/13/10 | J | | |
| 15. Exelon Corp | | | | | Sold | 12/13/10 | J | | |
| 16. Boston Financial Management, Inc. IRA | | None | P1 | T | | | | | |
| 17. N Y Telephone | | | | | Sold | 01/15/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 8

Name of Person Reporting

Gorton, Nathaniel M.

Date of Report

05/09/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Anadarko Petroleum Corp. | | | | | Sold | 02/02/10 | J | A | |
| 19. | Emerson Electric Co. | | | | | Sold | 02/02/10 | J | B | |
| 20. | Johnson & Johnson | | | | | Sold | 02/02/10 | J | C | |
| 21. | Staples, Inc. | | | | | Sold | 02/02/10 | J | C | |
| 22. | Walgreen Co. | | | | | Sold | 02/02/10 | J | A | |
| 23. | A T & T, Inc. | | | | | Buy | 02/04/10 | J | | |
| 24. | General Electric Capital Corp. | | | | | Buy | 02/04/10 | J | | |
| 25. | JPM Chase Cap. | | | | | Buy | 02/04/10 | J | | |
| 26. | Wells Fargo Capital | | | | | Buy | 02/04/10 | J | | |
| 27. | General Electric Capital Corp. | | | | | Buy (add'l) | 02/05/10 | J | | |
| 28. | Wells Fargo Capital | | | | | Buy (add'l) | 02/05/10 | J | | |
| 29. | Chubb Corp. | | | | | Buy | 02/08/10 | J | | |
| 30. | Staples, Inc. | | | | | Sold (part) | 02/08/10 | K | D | |
| 31. | Eaton Vance Corp. | | | | | Sold | 07/07/10 | K | | |
| 32. | Netapp, Inc. | | | | | Buy | 10/01/10 | J | | |
| 33. | Novartis Cap Corp. | | | | | Buy | 10/05/10 | K | | |
| 34. | HSBC Holdings PLC ADR | | | | | Buy | 10/08/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Automatic Data Processing, Inc. | | | | | Sold | 10/08/10 | K | D | |
| 36. | Amer Express Cr Mtn | | | | | Buy | 10/20/10 | K | | |
| 37. | Novo-Nordisk AS ADR-B | | | | | Sold | 11/12/10 | K | D | |
| 38. | Citrix System, Inc. | | | | | Sold | 11/12/10 | J | B | |
| 39. | Boston Financial Management, Inc. revocable trust | B | Int./Div. | L | T | | | | | See Section VIII |
| 40. | Northern Trust Corp. | | | | | Buy | 04/07/10 | J | | |
| 41. | United Parcel Service, Inc. | | | | | Buy | 04/07/10 | J | | |
| 42. | United Technologies Corp. | | | | | Buy | 04/07/10 | J | | |
| 43. | Air Products & Chemicals. Inc. | | | | | Buy | 04/07/10 | J | | |
| 44. | Peabody Energy Corp. | | | | | Buy | 06/02/10 | J | | |
| 45. | Boston Financial Mangement, Inc. revocable trust | B | Int./Div. | L | T | | | | | See Section VIII |
| 46. | Peabody Energy Corp. | | | | | Buy | 06/02/10 | J | | |
| 47. | Bank of America | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1 - During 2010 Slade Gorton & Co., Inc., a Massachusetts corporation ("the Company") changed its corporate structure by creating a new holding company, SG Seafood Holdings, Inc. ("Holdings"). The reporting party owns the same proportion of stock in Holdings as he had owned shares in the Company. Income of the reporting party reported in Section VII is attributable to his pro rata share of the income of Holdings which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed. The value of the stock holdings is appraised biennially by a certified financial analyst.

Line 4 - in 1997 the reporting party [            ] funded a charitable remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Lines 4, 16, 39 and 45 - The assets listed on these lines (and the transactions noted in the lines that follow) are managed by Boston Financial Management, Inc., Boston, MA and consist of stocks and bonds in publicly held companies and equity holdings based on indices listed in Attachment #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nathaniel M. Gorton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Financial Disclosure Report
Nathaniel M. Gorton
May 1, 2011
Attachment #1


I.   Positions


| Position | Name of Organization/Entity |
|---|---|
| 1. Stockholder, Clerk/Secretary and Director | Slade Gorton & Co., Inc., Boston, MA (closely held ▓▓▓▓▓▓ seafood business) a MA corporation and successor of Rocky Bay Trust, a MA Business Trust, which formerly owned all of the stock of the Corporation |
| 2. Clerk and Director | Cambridge Animal Aid, Inc. Floral City, FL (non-profit animal aid organization managed by reporting party's ▓▓▓▓▓▓) |
| 3. Member of the Corporation | The New England Home for Little Wanderers, Boston, MA (non-profit, private child welfare agency) |

**NOTE: None of the beneficiaries of the following trusts and accounts of which the reporting party is a trustee (or holds a power of attorney) is a dependent of the reporting party and neither the reporting party nor his spouse has any beneficial interest in or control over the disposition of assets of such trusts and accounts.**

| | | |
|---|---|---|
| 4. Power of Attorney/Trustee | | Fidelity money market accounts (for all stockholders of Slade Gorton & Co., Inc.,all of whom ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓ of reporting party) |

5. Trustee                    Irrevocable Trust (created in
                              connection with the estate
                              plan of the reporting party's
                              ▒▒▒▒▒▒▒

6. Trustee                    1989 Irrevocable Trust and
                              Irrevocable Sub S Trust (both
                              created in connection with the
                              estate plan of reporting
                              party's ▒▒▒▒▒▒▒

Financial Disclosure Report
Nathaniel M. Gorton
May 1, 2011
Attachment #2

All of the listed holdings are of common stock unless otherwise noted.

Abbott Labs (stocks & bond)
Air Products & Chemicals, Inc.
American Express Co. (stocks & bond)
Anadarko Pete Co.
A T & T, Inc.
Automatic Data Processing, Inc.
Avalonbay Communities, Inc.
Avon Products, Inc. (bond)
Chubb Corp.
Cisco Corp.
Citrix Systems, Inc.
Coca Cola Co.
Costco Wholesale Corp.
CVS Corp.
Devon Energy Corp.
Dodge & Cox FDS Intl Stk Fund
Emerson Electric Co.
Exelon Corp.
Exxon-Mobile Corp.
Fedex Corp.
Federal Home Loan Bank (bond)
Federal Home Loan Mortgage Corp. (bond)
Financial Select Sector SPDR/ETF
General Electric Capital Corp. (pfd)
Georgia Power Co. (bond)
Google Inc.
HCP, Inc.
HSBC Holdings PLC ADR
Hewlett Packard Co. (bond)

IBM Int'l Group (bond)
JPM Chase Capital (pfd)
Johnson & Johnson
Lowes Companies, Inc.
National Rural Utilities (bond)
Netapp, Inc.
Nextera Energy Corp. *
Nike, Inc.
Novartis Capital Corp. (bond)
Northern Trust Corp.
Novo-Nordisk AS ADR-B
Peabody Energy Corp.
Pepsico, Inc.
Pitney Bowes, Inc. (bond)
Powershares Global Water Portfolio
Procter & Gamble Co.
RPM, Inc. (Ohio)
Royce Fund Penn Mut Inv
SBC Communications, Inc. (bond)
Sigma Aldrich Corp.
SPDR Gold Trust
Stryker Corp.
Target Corp.
Teva Pharmaceutical Industries, Ltd.
United Parcel Service, Inc.
United Technologies Corp.
Vodafone Group, Inc.
Walgreen Company
WalMart Stores, Inc. (bond)
Wells Fargo Capital (pfd)
Western Union Co.

Equity holdings based on indices:
    IShares, Inc. Morgan-Stanley Capital Int'l (MSCI) Pacific Rim ex-Japan Index
    IShares, Inc. MSCI Emerging Market Index
    IShares, Inc. Russell 2000 Index
    IShares Tr EAFE Index

*on 6/3/10 FPL Group, Inc. changed its corporate name to Nextera Energy Corp.